# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| KATHLEEN "KATHY" HILDEBRAND ) <br> ) <br> PLAINTIFF, ) <br> ) <br> VS. ) <br> ) <br> ENVIROSEAL TN, LLC AND ) <br> INFINITY FINANCIAL SERVICES, LLC, ) <br> MARTY WHITE, AND PETER FLORIO; ) <br> ) <br> DEFENDANTS. ) <br> ) | No. 14-cv-01263 |

## AMENDED ORDER GRANTING MOTION TO WITHDRAW

This Motion was filed by counsel for the Defendants, Andrew V. Sellers, on behalf of the firm of Purcell, Sellers, & Craig to withdraw as counsel as to all Defendants in the pending matter. Upon review of the Motion, Certificate of Consultation, and of the entire record, the Court finds that the Motion is well taken, and therefore, it is;

**ORDERED** that the firm of Purcell, Sellers, & Craig and attorneys Andrew V. Sellers and Mrinalini Jayashankar are hereby removed as counsel for the Defendants, and it is further;

**ORDERED** that the Defendants have thirty (30) days within which to obtain new counsel to represent them in the above referenced matter. Limited liability corporations, as corporate entities, may not represent themselves in a court of law. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("[A] limited liability company . . . may appear in federal court only through a licensed attorney."). Thus, Enviroseal TN, LLC and Infinity Financial Services, LLC are required to obtain new counsel in order to continue defending this action and advise the Court of the name of their new counsel within thirty days. The individual Defendants may proceed pro se, or represent

themselves. However, they also must advise the Court within this thirty-day period of either the name of their new counsel or their intent to represent themselves.

IT IS SO ORDERED this 25th day of September, 2015.

/s J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE